1 | Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser, Esq. (SBN 296344)
2 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 | San Francisco, California 94104
Telephone: (415) 882-7900
4 | Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
5 | Email: mminser@sjlawcorp.com

6 | Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> M1 CORPS, INC., a California corporation; ANOZIRA, Inc., a California corporation; and DOES 1-20, <br><br> Defendants. | Case No. 4:17-cv-02860-HSG <br><br> **ORDER GRANTING PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS SO ORDERED.

The Case Management Conference currently set for August 22, 2017 is hereby continued to October 24, 2017 at 2:00 p.m., and all previously set deadlines and dates related to this case are continued accordingly.

DATED: August 22, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

**ORDER GRANTING PLAINTIFFS' REQUEST TO CONTINUE CMC**
**Case No. 4:17-cv-02860-HSG**