1  Michele R. Stafford, Esq. (SBN 172509)
   Matthew P. Minser, Esq. (SBN 296344)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California 94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   Email: mstafford@sjlawcorp.com
5  Email: mminser@sjlawcorp.com

6  Attorneys for Plaintiffs, Operating Engineers'
   Health And Welfare Trust Fund, et al.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No. 4:17-cv-02860-HSG

**PLAINTIFFS' AMENDED REQUEST TO VACATE, OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**

Date:      October 24, 2017
Time:      2:00 p.m.
Location:  Courtroom 2, 4th Floor
           1301 Clay Street, Oakland, CA
Judge:     Haywood S. Gilliam, Jr.

Plaintiffs,

v.

M1 CORPS, INC., a California corporation; ANOZIRA, Inc., a California corporation; and DOES 1-20,

Defendants.

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for October 24, 2017, be vacated, or in the alternative, continued to January 4, 2018, at 1:30 p.m., to be held concurrently with the hearing regarding Plaintiffs' Motion for Default Judgment (the Motion will be filed by Friday October 27, 2017). Good cause exists for the granting of the Plaintiffs' request, as follows:

1. As the Court's records will reflect, this action was filed on May 18, 2017 (Dkt. #1). Defendant M1 Corps, Inc. was personally served on May 30, 2017, and a Proof of Service of Summons was filed with the Court on June 9, 2017 (Dkt. #11). Defendant Anozira, Inc. was served by substituted service on June 2, 2017, and a Proof of Service of Summons was filed with the Court on June 9, 2017 (Dkt. #12).

2. Defendants failed to plead or otherwise respond to the lawsuit, and the Clerk entered

1  default as to both Defendants on July 27, 2017 (Dkt. #14). Defendants were duly served with a copy of
2  the Clerk's Notice of Default Entry on July 28, 2017, and a Proof of Service of same was filed with the
3  Court on August 1, 2017 (Dkt. #15).

4     3. Plaintiffs are in the process of finalizing their Motion for Default Judgment against
5  Defendants, which will be filed with the Court no later than Friday, October 27, 2017. This motion will
6  be noticed for hearing before this Court on January 4, 2018, at 1:30 p.m.

7     4. There are no issues that need to be addressed by the parties at the currently scheduled
8  Case Management Conference. In the interest of conserving costs, as well as the Court's time and
9  resources, Plaintiffs respectfully request that the upcoming Case Management Conference be vacated or,
10 in the alternative, continued to January 4, 2018, at 1:30 p.m. to be held concurrently with the hearing
11 regarding Plaintiffs' Motion for Default Judgment.

12 I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled
13 action, and that the foregoing is true of my own knowledge.

14 Executed this 18th day of October, 2017, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By:        /S/
Matthew P. Minser
Attorneys for Operating Engineers' Health And
Welfare Trust Fund, et al.

IT IS SO ORDERED.

The currently set Case Management Conference is hereby vacated.

DATED: October 18, 2017

UNITED STATES DISTRICT COURT JUDGE

**PLAINTIFFS' AMENDED REQUEST TO CONTINUE CMC; ORDER THEREON**
**Case No. 4:17-cv-02860-HSG**  C:\Users\rileyn\AppData\Local\Temp\notes06E812\C17-cv-02860-HSG Amended Request to Continue CMC 101817.docx